# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RODNEY S. HOLT                                                                                              PLAINTIFF

V.                                         2:11CV00180 SWW/JTR

UNITED STATES OF AMERICA, et al.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Voluntarily Dismiss Count III of the Complaint (docket entry #21) is GRANTED, and that Plaintiff's FTCA claim and Defendant United States of America are DISMISSED, WITHOUT PREJUDICE.

Dated this 30th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE